**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Nicole Ellis                                                           CHAPTER 13

                Debtor(s)

                                                BKY. NO. 23-11995 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Matrix Financial Services Corporation and index same on the master mailing list.

                                      Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
24 Jul 2023, 13:20:02, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322