**CGI Tech and Solutions Inc**
11325 RANDOM HILLS ROAD
FAIRFAX, VA  22030-6051
514/415-3000

| | |
|---|---|
| Pay Group: | SALC US REG SALARIED |
| Pay Begin Date: | 06/04/2023 |
| Pay End Date: | 06/17/2023 |

| | |
|---|---|
| Business Unit: | US371 |
| Advice #: | **000000004289956** |
| Advice Date: | 06/23/2023 |

**Nicole Ellis**
355 Meehan Ave
Philadelphia, PA  19119

| | |
|---|---|
| Employee ID: | 224909 |
| Department: | 371US40045-EMK0203A |
| Location: | PA Plymouth Mtg-401 Plymouth R |
| Job Title: | SENIOR CONSULTANT |
| Pay Rate: | $156,000.00 Annual |

| TAX DATA: | **Federal** | **PA State** |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| REGULAR | 06/04/2023 | 06/10/2023 | 75.000000 | 40.00 | 3,000.00 | 404.00 | 30,300.00 |
| REGULAR | 06/11/2023 | 06/17/2023 | 75.000000 | -2.00 | -150.00 | 0.00 | 0.00 |
| VAC TKN | 06/11/2023 | 06/17/2023 | 75.000000 | 2.00 | 150.00 | 16.00 | 1,200.00 |
| REGULAR | 06/11/2023 | 06/17/2023 | 75.000000 | 40.00 | 3,000.00 | 0.00 | 0.00 |
| HOLIDAY | | | | | | 8.00 | 600.00 |
| JURY LEAVE | | | | | | 6.00 | 450.00 |
| SICK LEAVE | | | | | | 6.00 | 450.00 |
| **TOTAL:** | | | | **80.00** | **6,000.00** | **440.00** | **33,000.00** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 520.34 | 2,653.55 |
| Fed MED/EE | 83.68 | 460.72 |
| Fed OASDI/EE | 357.78 | 1,969.96 |
| PA Unempl EE | 4.15 | 22.95 |
| PA Withholdng | 177.04 | 974.74 |
| PA 510101 Withholdng | 235.83 | 1,296.41 |
| **TOTAL:** | **1,378.82** | **7,378.33** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| CIGNA SNTL | 142.38 | 854.28 |
| DELTA SLCT | 30.95 | 185.70 |
| HSA FAMILY | 240.00 | 1,200.00 |
| **TOTAL:** | **413.33** | **2,239.98** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| SPP BASIC | 180.00 | 990.00 |
| R 401(k) | 360.00 | 1,800.00 |
| **TOTAL:** | **540.00** | **2,790.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| CIGNA SNTL | 621.17 | 3,727.02 |
| DELTA SLCT | 30.96 | 185.76 |
| BASIC LIFE | 6.12 | 36.72 |
| BASIC LIFE* | 3.91 | 23.46 |
| AD&D | 0.94 | 5.64 |
| STD | 21.74 | 130.44 |
| LTD | 8.70 | 52.20 |
| SPP BASIC* | 180.00 | 990.00 |
| R 401(k) | 180.00 | 900.00 |
| HSA FAMILY | 38.47 | 192.35 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 6,000.00 | 5,770.58 | 1,378.82 | 953.33 | 3,667.85 |
| YTD | 33,000.00 | 31,773.48 | 7,378.33 | 5,029.98 | 20,591.69 |

### PTO HOURS

| | YTD |
|---|---|
| Start Balance | 0.00 |
| + Earned | 25.38 |
| + Bought | 0.00 |
| - Taken | 16.00 |
| - Sold | 0.00 |
| + Adjustments | 0.00 |
| **End Balance** | **9.39** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice # 000000004289956 | Checking | 383015130909 | 3,667.85 |
| **TOTAL:** | | | **3,667.85** |

**MESSAGE:** CGI provides at least 80 consecutive hours of paid sick/safe leave; not accrued or annually capped

**CGI Tech and Solutions Inc**
11325 RANDOM HILLS ROAD
FAIRFAX, VA  22030-6051

**Date: 06/23/2023**

**Advice No. 4289956**

**To The Account
(s) Of**

000000036

**NICOLE ELLIS**
355 Meehan Ave
Philadelphia, PA  19119

Location: PA Plymouth Mtg-401 Plymouth R

## NON-NEGOTIABLE

**CGI** **CGI Tech and Solutions Inc**
11325 RANDOM HILLS ROAD
FAIRFAX, VA  22030-6051
514/415-3000

| | | |
|---|---|---|
| Pay Group: | SAL-US REG SALARIED | |
| Pay Begin Date: | 05/21/2023 | |
| Pay End Date: | 06/03/2023 | |

| | |
|---|---|
| Business Unit: | US371 |
| Advice #: | **000000004275545** |
| Advice Date: | 06/09/2023 |

| | |
|---|---|
| **Nicole Ellis** | |
| 355 Meehan Ave | |
| Philadelphia, PA  19119 | |

| | |
|---|---|
| Employee ID: | 224909 |
| Department: | 371US40045-EMK0203A |
| Location: | PA Plymouth Mtg-401 Plymouth R |
| Job Title: | SENIOR CONSULTANT |
| Pay Rate: | $156,000.00 Annual |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| REGULAR | 05/21/2023 | 05/27/2023 | 75.000000 | 40.00 | 3,000.00 | 326.00 | 24,450.00 |
| REGULAR | 05/28/2023 | 06/03/2023 | 75.000000 | -8.00 | -600.00 | | 0.00 |
| HOLIDAY | 05/28/2023 | 06/03/2023 | 75.000000 | 8.00 | 600.00 | 8.00 | 600.00 |
| REGULAR | 05/28/2023 | 06/03/2023 | 75.000000 | 40.00 | 3,000.00 | | 0.00 |
| JURY LEAVE | | | | | 0.00 | 6.00 | 450.00 |
| SICK LEAVE | | | | | 0.00 | 6.00 | 450.00 |
| VAC. TAKEN | | | | | 0.00 | 14.00 | 1,050.00 |
| **TOTAL:** | | | | **80.00** | **6,000.00** | **360.00** | **27,000.00** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 520.34 | 2,133.21 |
| Fed MED/EE | 83.67 | 377.04 |
| Fed OASDI/EE | 357.78 | 1,612.18 |
| PA Unempl EE | 4.16 | 18.80 |
| PA Withholdng | 177.04 | 797.70 |
| PA 510101 Withholdng | 235.83 | 1,060.58 |
| **TOTAL:** | **1,378.82** | **5,999.51** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| CIGNA SNTL | 142.38 | 711.90 |
| DELTA SLCT | 30.95 | 154.75 |
| HSA FAMILY | 240.00 | 960.00 |
| **TOTAL:** | **413.33** | **1,826.65** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| SPP BASIC | 180.00 | 810.00 |
| R 401(k) | 360.00 | 1,440.00 |
| **TOTAL:** | **540.00** | **2,250.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| CIGNA SNTL | 621.17 | 3,105.85 |
| DELTA SLCT | 30.96 | 154.80 |
| BASIC LIFE | 6.12 | 30.60 |
| BASIC LIFE* | 3.91 | 19.55 |
| AD&D | 0.94 | 4.70 |
| STD | 21.74 | 108.70 |
| LTD | 8.70 | 43.50 |
| SPP BASIC* | 180.00 | 810.00 |
| R 401(k) | 180.00 | 720.00 |
| HSA FAMILY | 38.47 | 153.88 |
| **TOTAL:** | | |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 6,000.00 | 5,770.58 | 1,378.82 | 953.33 | 3,667.85 |
| YTD | 27,000.00 | 26,002.90 | 5,999.51 | 4,076.65 | 16,923.84 |

| PTO HOURS | YTD |
|---|---|
| Start Balance | 0.00 |
| + Earned | 20.77 |
| + Bought | 0.00 |
| - Taken | 14.00 |
| - Sold | 0.00 |
| + Adjustments | 0.00 |
| **End Balance** | **6.77** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice # 000000004275545 | Checking | 383015130909 | 3,667.85 |
| **TOTAL:** | | | **3,667.85** |

**MESSAGE:** CGI provides at least 80 consecutive hours of paid sick/safe leave; not accrued or annually capped

**CGI Tech and Solutions Inc**
11325 RANDOM HILLS ROAD
FAIRFAX, VA  22030-6051

**Date: 06/09/2023**

**Advice No. 4275545**

**To The Account
(s) Of**

000000052

**NICOLE ELLIS**
355 Meehan Ave
Philadelphia, PA  19119

Location: PA Plymouth Mtg-401 Plymouth R

## NON-NEGOTIABLE

**CGI**

**CGI Tech and Solutions Inc**
11325 RANDOM HILLS ROAD
FAIRFAX, VA  22030-6051
514/415-3000

| Pay Group: | SAL-US REG SALARIED |
| Pay Begin Date: | 05/07/2023 |
| Pay End Date: | 05/20/2023 |

| Business Unit: | US371 |
| Advice #: | **000000004261342** |
| Advice Date: | 05/26/2023 |

| | |
|---|---|
| **Nicole Ellis** | |
| 355 Meehan Ave | |
| Philadelphia, PA  19119 | |

| Employee ID: | 224909 |
| Department: | 371US40045-EMK0203A |
| Location: | PA Plymouth Mtg-401 Plymouth R |
| Job Title: | SENIOR CONSULTANT |
| Pay Rate: | $156,000.00 Annual |

| **TAX DATA:** | **Federal** | **PA State** |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| REGULAR | 05/07/2023 | 05/13/2023 | 75.000000 | 40.00 | 3,000.00 | 254.00 | 19,050.00 |
| REGULAR | 05/14/2023 | 05/20/2023 | 75.000000 | 40.00 | 3,000.00 | | 0.00 |
| JURY LEAVE | | | | 0.00 | | 6.00 | 450.00 |
| SICK LEAVE | | | | 0.00 | | 6.00 | 450.00 |
| VAC. TAKEN | | | | 0.00 | | 14.00 | 1,050.00 |
| **TOTAL:** | | | | **80.00** | **6,000.00** | **280.00** | **21,000.00** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 520.34 | 1,612.87 |
| Fed MED/EE | 83.67 | 293.37 |
| Fed OASDI/EE | 357.77 | 1,254.40 |
| PA Unempl EE | 4.16 | 14.64 |
| PA Withholdng | 177.04 | 620.66 |
| PA 510101 Withholdng | 235.83 | 824.75 |
| **TOTAL:** | **1,378.81** | **4,620.69** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| CIGNA SNTL | 142.38 | 569.52 |
| DELTA SLCT | 30.95 | 123.80 |
| HSA FAMILY | 240.00 | 720.00 |
| **TOTAL:** | **413.33** | **1,413.32** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| SPP BASIC | 180.00 | 630.00 |
| R 401(k) | 360.00 | 1,080.00 |
| **TOTAL:** | **540.00** | **1,710.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| CIGNA SNTL | 621.17 | 2,484.68 |
| DELTA SLCT | 30.96 | 123.84 |
| BASIC LIFE | 6.12 | 24.48 |
| BASIC LIFE* | 3.91 | 15.64 |
| AD&D | 0.94 | 3.76 |
| STD | 21.74 | 86.96 |
| LTD | 8.70 | 34.80 |
| SPP BASIC* | 180.00 | 630.00 |
| R 401(k) | 180.00 | 540.00 |
| HSA FAMILY | 38.47 | 115.41 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 6,000.00 | 5,770.58 | 1,378.81 | 953.33 | 3,667.86 |
| YTD | 21,000.00 | 20,232.32 | 4,620.69 | 3,123.32 | 13,255.99 |

| PTO HOURS | YTD |
|---|---|
| Start Balance | 0.00 |
| + Earned | 16.15 |
| + Bought | 0.00 |
| - Taken | 14.00 |
| - Sold | 0.00 |
| + Adjustments | 0.00 |
| **End Balance** | **2.16** |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice # 000000004261342 | Checking | 383015130909 | 3,667.86 |
| **TOTAL:** | | | **3,667.86** |

**MESSAGE:** CGI provides at least 80 consecutive hours of paid sick/safe leave; not accrued or annually capped

**CGI Tech and Solutions Inc**
11325 RANDOM HILLS ROAD
FAIRFAX, VA  22030-6051

**Date: 05/26/2023**

**Advice No. 4261342**

**To The Account
(s) Of**

000000033

**NICOLE ELLIS**
355 Meehan Ave
Philadelphia, PA  19119

Location: PA Plymouth Mtg-401 Plymouth R

# NON-NEGOTIABLE

**CGI**  **CGI Tech and Solutions Inc**
11325 RANDOM HILLS ROAD
FAIRFAX, VA  22030-6051
514/415-3000

| | | |
|---|---|---|
| Pay Group: | SAL-US REG SALARIED | |
| Pay Begin Date: | 04/23/2023 | |
| Pay End Date: | 05/06/2023 | |

| | |
|---|---|
| Business Unit: | US371 |
| Advice #: | **000000004247163** |
| Advice Date: | 05/12/2023 |

**Nicole Ellis**
355 Meehan Ave
Philadelphia, PA  19119

| | |
|---|---|
| Employee ID: | 224909 |
| Department: | 371US40045-EMK0203A |
| Location: | PA Plymouth Mtg-401 Plymouth R |
| Job Title: | SENIOR CONSULTANT |
| Pay Rate: | $156,000.00 Annual |

| TAX DATA: | **Federal** | **PA State** |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | ------ Pay Period ------ | | ---------- Current --------- | | --------------- YTD ------------- | |
|---|---|---|---|---|---|---|
| **Description** | **Begin Date** | **End Date** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| REGULAR | 04/23/2023 | 04/29/2023 | 75.000000 | 40.00 | 3,000.00 | 174.00 | 13,050.00 |
| REGULAR | 04/30/2023 | 05/06/2023 | 75.000000 | 40.00 | 3,000.00 | 0.00 | 0.00 |
| JURY LEAVE | | | | 0.00 | 0.00 | 6.00 | 450.00 |
| SICK LEAVE | | | | 0.00 | 0.00 | 6.00 | 450.00 |
| VAC. TAKEN | | | | 0.00 | 0.00 | 14.00 | 1,050.00 |
| **TOTAL:** | | | | 80.00 | 6,000.00 | 200.00 | 15,000.00 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 520.34 | 1,092.53 |
| Fed MED/EE | 83.68 | 209.70 |
| Fed OASDI/EE | 357.78 | 896.63 |
| PA Unempl EE | 4.16 | 10.48 |
| PA Withholdng | 177.04 | 443.62 |
| PA 510101 Withholdng | 235.83 | 588.92 |
| **TOTAL:** | 1,378.83 | 3,241.88 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| CIGNA SNTL | 142.38 | 427.14 |
| DELTA SLCT | 30.95 | 92.85 |
| HSA FAMILY | 240.00 | 480.00 |
| **TOTAL:** | 413.33 | 999.99 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| SPP BASIC | 180.00 | 450.00 |
| R 401(k) | 360.00 | 720.00 |
| **TOTAL:** | 540.00 | 1,170.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| CIGNA SNTL | 621.17 | 1,863.51 |
| DELTA SLCT | 30.96 | 92.88 |
| BASIC LIFE | 6.12 | 18.36 |
| BASIC LIFE* | 3.91 | 11.73 |
| AD&D | 0.94 | 2.82 |
| STD | 21.74 | 65.22 |
| LTD | 8.70 | 26.10 |
| SPP BASIC* | 180.00 | 450.00 |
| R 401(k) | 180.00 | 360.00 |
| HSA FAMILY | 38.47 | 76.94 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 6,000.00 | 5,770.58 | 1,378.83 | 953.33 | 3,667.84 |
| YTD | 15,000.00 | 14,461.74 | 3,241.88 | 2,169.99 | 9,588.13 |

| PTO HOURS | YTD |
|---|---|
| Start Balance | 0.00 |
| + Earned | 11.54 |
| + Bought | 0.00 |
| - Taken | 14.00 |
| - Sold | 0.00 |
| + Adjustments | 0.00 |
| **End Balance** | **-2.46** |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice # 000000004247163 | Checking | 383015130909 | 3,667.84 |
| **TOTAL:** | | | **3,667.84** |

**MESSAGE:** CGI provides at least 80 consecutive hours of paid sick/safe leave; not accrued or annually capped

**CGI Tech and Solutions Inc**
11325 RANDOM HILLS ROAD
FAIRFAX, VA  22030-6051

**Date: 05/12/2023**

**Advice No. 4247163**

**To The Account (s) Of**

000000024

**NICOLE ELLIS**
355 Meehan Ave
Philadelphia, PA  19119

Location: PA Plymouth Mtg-401 Plymouth R

## NON-NEGOTIABLE