# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                    Chapter 13

    NICOLE ELLIS                    Bankruptcy No. 23-11995-MDC

    355 E. MEEHAN AVENUE

    PHILADELPHIA, PA 19119-


    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    NICOLE ELLIS

    355 E. MEEHAN AVENUE

    PHILADELPHIA, PA 19119-

**Counsel for debtor(s), by electronic notice only.**
    STEPHEN MATTHEW DUNNE, ESQ.
    1515 MARKET ST
    SUITE 1200
    PHILADELPHIA,, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 9/27/2023                                                                                                    /s/ Kenneth E. West

                                                                                    _____

                                                                                     Kenneth E. West, Esquire
                                                                                     Chapter 13 Standing Trustee