# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Nicole Ellis
                              Debtor

Matrix Financial Services Corporation, its successors and/or assignees
                              Movant
      vs.

Nicole Ellis
                              Debtor

Kenneth E. West
                              Trustee

CHAPTER 13

NO. 23-11995 MDC

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Matrix Financial Services Corporation, which was filed with the Court on or about July 28, 2023.

Dated: September 28, 2023

                                                        Respectfully submitted,

                                                        /s/Mark A. Cronin
                                                        Mark A. Cronin, Esq.
                                                        KML Law Group, P.C.
                                                        BNY Mellon Independence Center
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA  19106
                                                        Phone: (215) 627-1322
                                                        mcronin@kmllawgroup.com