# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 23-11995-MDC

NICOLE ELLIS

355 E. MEEHAN AVENUE

PHILADELPHIA, PA 19119-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

NICOLE ELLIS

355 E. MEEHAN AVENUE

PHILADELPHIA, PA 19119-

Counsel for debtor(s), by electronic notice only.

STEPHEN MATTHEW DUNNE, ESQ.
1515 MARKET ST
SUITE 1200
PHILADELPHIA,, PA 19102-

Date: 10/31/2023

/S/ Kenneth E. West
_____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee