# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Nicole Ellis | : | |
| **Debtor** | : | CHAPTER 13 |
| Matrix Financial Services Corp. | : | |
| **Movant** | : | Case No. 23-11995-MDC |
| v. | : | Hearing Date: 01-02-2024 at 10:30 am |
| Kenneth E. West, Trustee | : | |
| **Respondent** | : | 11 U.S.C. 362 |

## ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

And now Nicole Ellis, by her attorney, Stephen M. Dunne, Esquire answers the request for relief from the automatic stay and avers as follows:

1. Admitted.
2. Admitted.
3. Denied.
4. Admitted.
5. Admitted.
6. Admitted.
7. Denied. Debtor remitted $3,246.96 to Roundpoint Mortgage Servicing, LLC on 11/27/2023, and received a Payment Confirmation #: R2LYKLBHHN
8. Denied.
9. Denied. Debtor remitted $3,246.96 on 11/27/2023.
10. Denied.
11. Denied.

WHEREFORE, Debtor requests that the motion for relief from the automatic stay be denied.

Respectfully submitted,

Stephen M. Dunne, Esquire
/s/ Stephen M. Dunne
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-551-7109 (O)