United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11995-mdc |
| Nicole Ellis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 11, 2024 | Form ID: 155 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole Ellis, 355 E. Meehan Avenue, Philadelphia, PA 19119-1935 |
| 14797894 | + | Jefferson Health, 833 Chestnut Street, Suite 115, Philadelphia, PA 19107-4401 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14796650 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2024 00:19:26 | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14796649 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2024 00:19:25 | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 14800258 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 12 2024 00:03:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14825461 | | Email/Text: megan.harper@phila.gov | Jan 12 2024 00:04:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14796652 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 12 2024 00:03:00 | COMENITY BANK/VICTORIA SECRET, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14796651 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 12 2024 00:03:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14796653 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 12 2024 00:03:00 | COMENITY CAPITAL/DAVIDS BRIDAL, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14796654 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 12 2024 00:03:00 | COMENITY CAPITAL/DAVIDS BRIDAL, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 14796656 | + | Email/Text: mrdiscen@discover.com | Jan 12 2024 00:03:00 | DISCOVER FINANCIAL, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 14796655 | + | Email/Text: mrdiscen@discover.com | Jan 12 2024 00:03:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 14796663 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2024 00:18:59 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 14800739 | | Email/Text: mrdiscen@discover.com | Jan 12 2024 00:03:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14796658 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jan 12 2024 00:03:42 | FIRSTMARK SERVICES, 121 SOUTH 13TH STREET, LINCOLN, NE 68508 |
| 14796657 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 12 2024 00:03:42 | FIRSTMARK SERVICES, ATTN: BANKRUPRCY, PO BOX 82522, LINCOLN, NE 68501 |
| 14796659 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 12 2024 00:03:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, PO BOX 70379, PHILADELPHIA, PA 19176-0379 |
| 14796660 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 12 2024 00:03:00 | GOLDMAN SACHS BANK USA, LOCKBOX 6112, PHILADELPHIA, PA 19170-0001 |
| 14810548 | | Email/Text: bankruptcy@greenskycredit.com | Jan 12 2024 00:03:00 | Greensky, LLC, 3155 Royal Dr., Ste. 175, Alpharetta, GA 30022 |
| 14806560 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 12 2024 00:06:06 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14796662 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 12 2024 00:03:00 | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14802387 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 12 2024 00:06:04 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14796646 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 12 2024 00:05:20 | CHASE AUTO FINANCE, 700 KANSAS LANE, MONROE, LA 71203 |
| 14796645 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 12 2024 00:05:26 | CHASE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 901076, FORT WORTH, TX 76101 |
| 14796647 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 12 2024 00:19:26 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 14796648 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 12 2024 00:18:58 | CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 14802035 | | Email/Text: amps@manleydeas.com | Jan 12 2024 00:03:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14802618 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 12 2024 00:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14813625 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2024 00:06:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14796664 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2024 00:19:27 | MACYS/FDSB, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 14796666 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 12 2024 00:03:00 | MARCUS BY GOLDMAN SACHS, PO BOX 45400, SALT LAKE CITY, UT 84145-0400 |
| 14796665 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 12 2024 00:03:00 | MARCUS BY GOLDMAN SACHS, ATTN: BANKRUPTCY, PO BOX 45400, SALT LAKE CITY, UT 84145-0400 |
| 14801327 | ^ | MEBN | Jan 11 2024 23:57:09 | Matrix Financial Services Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14797465 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 12 2024 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14807267 | ^ | MEBN | Jan 11 2024 23:57:18 | Philadelphia Gas Works, 800 W. Montgomery Ave, 3F, Philadelphia, PA 19122-2898 |
| 14796667 | ^ | MEBN | Jan 11 2024 23:57:02 | ROUNDPOINT MORTGAGE SERVICING CORPORATIO, ATTN: BANKRUPTCY, PO BOX 19409, CHARLOTTE, NC 28219-9409 |
| 14796668 | + | Email/Text: bankruptcy@roundpointmortgage.com | | |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Jan 12 2024 00:03:00 | ROUNDPOINT MORTGAGE SERVICING CORPORATIO, 446 WRENPLACE ROAD, FORT MILL, SC 29715-0200 |
| 14812345 | Email/Text: bankruptcy@roundpointmortgage.com | Jan 12 2024 00:03:00 | RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14796669 | + Email/PDF: SoFiBKNotifications@resurgent.com | Jan 12 2024 00:05:40 | SOFI LENDING CORP, ATTN: BANKRUPTCY, PO BOX 654158, DALLAS, TX 75265-4158 |
| 14796670 | + Email/PDF: SoFiBKNotifications@resurgent.com | Jan 12 2024 00:05:35 | SOFI LENDING CORP, ONE LETTERMAN DRIVE, SAN FRANCISCO, CA 94129-1494 |
| 14796671 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 00:05:26 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14796672 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 00:05:24 | SYNCHRONY BANK/CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14796673 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 00:06:12 | SYNCHRONY BANK/CLIMATE SELECT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14796674 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 00:06:06 | SYNCHRONY BANK/CLIMATE SELECT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14796675 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 00:19:39 | SYNCHRONY BANK/HHGREGG, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14796676 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 00:06:06 | SYNCHRONY BANK/HHGREGG, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14796678 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 00:05:42 | SYNCHRONY BANK/TJX, PO BOX 71737, PHILADELPHIA, PA 19176-1737 |
| 14796677 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 00:05:37 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14796679 | + Email/Text: bankruptcy@bbandt.com | Jan 12 2024 00:03:00 | TRUIST BANK, ATTN: BANKRUPTCY, MAIL CODE VA-RVW-6290 POB 85092, RICHMOND, VA 23286-0001 |
| 14796680 | + Email/Text: bankruptcy@bbandt.com | Jan 12 2024 00:03:00 | TRUIST BANK, 1797 NE EXPRESSWAY, ATLANTA, GA 30329-7803 |
| 14796682 | Email/Text: bknotice@upgrade.com | Jan 12 2024 00:03:00 | UPGRADE, INC., 2 NORTH CENTRAL AVE, 10TH FLR, PHOENIX, AZ 85004 |
| 14796681 | Email/Text: bknotice@upgrade.com | Jan 12 2024 00:03:00 | UPGRADE, INC., ATTN: BANKRUPTCY, 275 BATTERY STREET 23RD FLOOR, SAN FRANCISCO, CA 94111 |
| 14796684 | + Email/Text: LCI@upstart.com | Jan 12 2024 00:03:00 | UPSTART, 2 CIRCLE STAR WAY, SAN CARLOS, CA 94070-6200 |
| 14796683 | + Email/Text: LCI@upstart.com | Jan 12 2024 00:03:00 | UPSTART, UPSTART OPERATIONS/ ATTN:BANKRUPTCY, PO BOX 1503, SAN CARLOS, CA 94070-7503 |
| 14812480 | + Email/PDF: ebn_ais@aisinfo.com | Jan 12 2024 00:05:37 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14796686 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 12 2024 00:19:50 | WELLS FARGO BANK NA, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 14796685 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 12 2024 00:19:39 | WELLS FARGO BANK NA, 1 HOME CAMPUS MAC X2303-01A, 3RD FLOOR, DES MOINES, IA 50328-0001 |

TOTAL: 55

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 11, 2024 | Form ID: 155 | Total Noticed: 57 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14796661 | *+ | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14797472 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION bkgroup@kmllawgroup.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Nicole Ellis bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Nicole Ellis
    Debtor(s)                                           Chapter: 13

                                   Bankruptcy No: 23−11995−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this January 11, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Magdeline D. Coleman
                                          Chief Judge, United States Bankruptcy Court

                                                                46 − 7
                                                              Form 155