United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11995-mdc |
| Nicole Ellis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 22, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole Ellis, 355 E. Meehan Avenue, Philadelphia, PA 19119-1935 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14801327 | ^ MEBN | Jan 23 2024 00:17:56 | Matrix Financial Services Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 24, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 22, 2024 | Form ID: pdf900 | Total Noticed: 2

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN
    on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION bkgroup@kmllawgroup.com

STEPHEN MATTHEW DUNNE
    on behalf of Debtor Nicole Ellis bestcasestephen@gmail.com  DunneLawOfficesPC@jubileebk.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Nicole Ellis <br> _Debtor(s)_ | CHAPTER 13 |
| Matrix Financial Services Corporation <br> _Movant_ <br> vs. | NO. 23-11995 MDC |
| Nicole Ellis <br> _Debtor(s)_ | 11 U.S.C. Section 362 and 1301 |
| Shaun Ellis <br> _Co-Debtor_ | |
| Kenneth E. West <br> _Trustee_ | |

**STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence located at 355 E Meehan Ave, Philadelphia, PA 19119.

2. Debtor(s) shall maintain monthly mortgage payments to Movant beginning with the next payment on or about January 1, 2024 and thereafter;

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:    January 9, 2024

                                              **/s/ Mark A. Cronin, Esquire**
                                              Mark A. Cronin, Esquire
                                              Attorney for Movant

Date: 1/12/2024                      */s/ Stephen Matthew Dunne*
                                              Stephen Matthew Dunne, Esquire
                                              Attorney for Debtor(s)

                                              No Objection

Date: January 16, 2024            /s/ LeeAne O. Huggins
                                              Kenneth E. West, Esquire
                                              Chapter 13 Trustee

Approved by the Court this 19th day of January, 2024. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Magdeline C. Coleman