# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| NICOLE ELLIS | : | |
| | : | |
| DEBTOR | : | CASE NO:   23-11995-DJB |
| | : | |

## ORDER

AND NOW, this _____ day of _____ 2025, upon consideration of the Debtor's election pursuant to 11 U.S.C. § 1307(a) to convert the above-captioned Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code,

It is hereby ORDERED and DECREED that this case shall be converted to a Chapter 7 case under the Bankruptcy Code.

**Date: November 10, 2025**

BY THE COURT

Hon. Derek J. Baker
U.S. BANKRUPTCY JUDGE