United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11995-djb |
| Nicole Ellis | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 10, 2025 | Form ID: 210U | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole Ellis, 355 E. Meehan Avenue, Philadelphia, PA 19119-1935 |
| 14796680 | + | TRUIST BANK, 1797 NE EXPRESSWAY, ATLANTA, GA 30329-7803 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 11 2025 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14796645 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 11 2025 00:36:28 | CHASE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 901076, FORT WORTH, TX 76101-2076 |
| 14796646 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 11 2025 00:25:14 | CHASE AUTO FINANCE, 700 KANSAS LANE, MONROE, LA 71203-4774 |
| 14796648 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 11 2025 00:24:59 | CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 14796647 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 11 2025 00:36:10 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850-5298 |
| 14796650 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 11 2025 00:35:52 | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14796649 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 11 2025 00:36:04 | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 14800258 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 11 2025 00:25:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14825461 | | Email/Text: megan.harper@phila.gov | Nov 11 2025 00:25:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14796652 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 11 2025 00:25:00 | COMENITY BANK/VICTORIA SECRET, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14796651 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 11 2025 00:25:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14796653 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 11 2025 00:25:00 | COMENITY CAPITAL/DAVIDS BRIDAL, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14796654 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 11 2025 00:25:00 | COMENITY CAPITAL/DAVIDS BRIDAL, PO BOX 182120, COLUMBUS, OH 43218-2120 |

Case 23-11995-djb   Doc 71   Filed 11/12/25   Entered 11/13/25 00:38:48   Desc Imaged
                             Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 10, 2025 | Form ID: 210U | Total Noticed: 60 |

| Recipient ID | Code | Method | Date/Time | Address |
|---|---|---|---|---|
| 14796656 | + | Email/Text: mrdiscen@discover.com | Nov 11 2025 00:25:00 | DISCOVER FINANCIAL, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 14796655 | + | Email/Text: mrdiscen@discover.com | Nov 11 2025 00:25:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 14796663 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 11 2025 00:36:00 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 14800739 | | Email/Text: mrdiscen@discover.com | Nov 11 2025 00:25:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14796658 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Nov 11 2025 00:25:00 | FIRSTMARK SERVICES, 121 SOUTH 13TH STREET, LINCOLN, NE 68508 |
| 14796657 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Nov 11 2025 00:25:00 | FIRSTMARK SERVICES, ATTN: BANKRUPRCY, PO BOX 82522, LINCOLN, NE 68501 |
| 14796659 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 11 2025 00:25:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, PO BOX 70379, PHILADELPHIA, PA 19176-0379 |
| 14796660 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 11 2025 00:25:00 | GOLDMAN SACHS BANK USA, LOCKBOX 6112, PHILADELPHIA, PA 19170-0001 |
| 14806560 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 11 2025 00:36:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14810548 | + | Email/Text: bankruptcy@greenskycredit.com | Nov 11 2025 00:25:00 | Greensky, LLC, 3155 Royal Dr., Ste. 175, Alpharetta, GA 30022-2479 |
| 14796662 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 11 2025 00:25:00 | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14802035 | | Email/Text: amps@manleydeas.com | Nov 11 2025 00:25:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14802618 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 11 2025 00:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14802387 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 11 2025 00:25:12 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14797894 | ^ | MEBN | Nov 11 2025 00:19:25 | Jefferson Health, 833 Chestnut Street, Suite 115, Philadelphia, PA 19107-4401 |
| 14813625 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 11 2025 00:25:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14796664 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 11 2025 00:35:51 | MACYS/FDSB, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 14796666 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 11 2025 00:25:00 | MARCUS BY GOLDMAN SACHS, PO BOX 45400, SALT LAKE CITY, UT 84145-0400 |
| 14796665 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 11 2025 00:25:00 | MARCUS BY GOLDMAN SACHS, ATTN: BANKRUPTCY, PO BOX 45400, SALT LAKE CITY, UT 84145-0400 |
| 14801327 | ^ | MEBN | Nov 11 2025 00:19:21 | Matrix Financial Services Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14797465 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 11 2025 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14807267 | ^ | MEBN | Nov 11 2025 00:19:22 | Philadelphia Gas Works, 800 W. Montgomery |

Case 23-11995-djb    Doc 71    Filed 11/12/25    Entered 11/13/25 00:38:48    Desc Imaged
                         Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Nov 10, 2025 | Form ID: 210U | Total Noticed: 60 |

| | | | |
| --- | --- | --- | --- |
| | | | Ave, 3F, Philadelphia, PA 19122-2898 |
| 14796667 | ^ MEBN | Nov 11 2025 00:19:20 | ROUNDPOINT MORTGAGE SERVICING CORPORATIO, ATTN: BANKRUPTCY, PO BOX 19409, CHARLOTTE, NC 28219-9409 |
| 14796668 | + Email/Text: bankruptcy@roundpointmortgage.com | Nov 11 2025 00:25:00 | ROUNDPOINT MORTGAGE SERVICING CORPORATIO, 446 WRENPLACE ROAD, FORT MILL, SC 29715-0200 |
| 14812345 | Email/Text: bankruptcy@roundpointmortgage.com | Nov 11 2025 00:25:00 | RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14796669 | + Email/PDF: SoFiBKNotifications@resurgent.com | Nov 11 2025 00:25:14 | SOFI LENDING CORP, ATTN: BANKRUPTCY, PO BOX 654158, DALLAS, TX 75265-4158 |
| 14796670 | + Email/PDF: SoFiBKNotifications@resurgent.com | Nov 11 2025 00:35:48 | SOFI LENDING CORP, ONE LETTERMAN DRIVE, SAN FRANCISCO, CA 94129-1494 |
| 14796671 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 11 2025 00:24:58 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14796672 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 11 2025 00:35:59 | SYNCHRONY BANK/CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14796673 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 11 2025 00:25:00 | SYNCHRONY BANK/CLIMATE SELECT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14796674 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 11 2025 00:25:14 | SYNCHRONY BANK/CLIMATE SELECT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14796675 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 11 2025 00:25:14 | SYNCHRONY BANK/HHGREGG, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14796676 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 11 2025 00:24:58 | SYNCHRONY BANK/HHGREGG, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14796678 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 11 2025 00:24:58 | SYNCHRONY BANK/TJX, PO BOX 71737, PHILADELPHIA, PA 19176-1737 |
| 14796677 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 11 2025 00:36:19 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14944193 | ^ MEBN | Nov 11 2025 00:19:27 | TH MSR Holdings LLC, c/o RoundPoint Mortgage Servicing, LLC, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 14796679 | + Email/Text: bankruptcy@bbandt.com | Nov 11 2025 00:25:00 | TRUIST BANK, ATTN: BANKRUPTCY, MAIL CODE VA-RVW-6290 POB 85092, RICHMOND, VA 23286-0001 |
| 14796682 | Email/Text: bknotice@upgrade.com | Nov 11 2025 00:25:00 | UPGRADE, INC., 2 NORTH CENTRAL AVE, 10TH FLR, PHOENIX, AZ 85004 |
| 14796681 | Email/Text: bknotice@upgrade.com | Nov 11 2025 00:25:00 | UPGRADE, INC., ATTN: BANKRUPTCY, 275 BATTERY STREET 23RD FLOOR, SAN FRANCISCO, CA 94111 |
| 14796684 | + Email/Text: UpStart@ebn.phinsolutions.com | Nov 11 2025 00:25:00 | UPSTART, 2 CIRCLE STAR WAY, SAN CARLOS, CA 94070-6200 |
| 14796683 | + Email/Text: UpStart@ebn.phinsolutions.com | Nov 11 2025 00:25:00 | UPSTART, UPSTART OPERATIONS/ ATTN:BANKRUPTCY, PO BOX 1503, SAN CARLOS, CA 94070-7503 |
| 15026694 | + Email/PDF: ebn_ais@aisinfo.com | Nov 11 2025 00:36:10 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14812480 | + Email/PDF: ebn_ais@aisinfo.com | Nov 11 2025 00:35:52 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14796686 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 10, 2025 | Form ID: 210U | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 11 2025 00:35:48 | WELLS FARGO BANK NA, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 14796685 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Nov 11 2025 00:24:58 | WELLS FARGO BANK NA, 1 HOME CAMPUS MAC X2303-01A, 3RD FLOOR, DES MOINES, IA 50328-0001 |

TOTAL: 58

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14796661 | *+ | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14797472 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2025                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| SHERRI J. SMITH | on behalf of Creditor TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing LLC ssmith@stradley.com, amautz@pincuslaw.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Nicole Ellis bestcasestephen@gmail.com DunneLawOfficesPC@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Nicole Ellis　　　　　　　　　　　　　　　　　　　　　Case No: 23−11995−djb

　　　Debtor(s)

___

**CLERK'S NOTICE RE: PRESUMPTION OF ABUSE**

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　For The Court

Dated: 11/10/25　　　　　　　　　　　　　　　　　　　Mohung Wong
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court