**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nicole** | | **Ellis** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number **23-11995**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Internal Revenue Service**     Last 4 digits of account number   2 0 2 3 | $28,000.00 | unknown | $28,000.00 |

Priority Creditor's Name
**Centralized Insolvency Operation**

**Po Box 7346**
Number    Street

**Philadelphia, PA 19101-7317**
City    State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor 1  **Nicole** **Ellis**  Case number *(if known)* **23-11995**
          First Name   Middle Name   Last Name

### Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.2**

**Internal Revenue Service**
Priority Creditor's Name

**Centralized Insolvency Operation**

**Po Box 7346**
Number   Street

**Philadelphia, PA 19101-7317**
City   State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  2 0 2 4      $15,000.00   unknown   $15,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

**2.3**

**INTERNAL REVENUE SERVICE (P)**
Priority Creditor's Name

**CENTRALIZED INSOLVENCY OPERATIONS**

**PO BOX 7346**
Number   Street

**PHILADELPHIA, PA 19101-7346**
City   State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  2 0 2 2      $8,845.00   unknown   $8,845.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

Official Form 106E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page **2** of **18**

| Debtor 1 | Nicole | | Ellis | Case number *(if known)* 23-11995 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1 CHASE CARD SERVICES**
Nonpriority Creditor's Name
ATTN: BANKRUPTCY
P.O. 15298
Number    Street
WILMINGTON, DE 19850-0000
City    State    ZIP Code

Last 4 digits of account number  7  5  4  9    **$18,080.00**
When was the debt incurred?  **Opened 11/19 Last Active 05/23**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Credit Card

---

**4.2 CITIBANK**
Nonpriority Creditor's Name
CITICORP CR SRVS/CENTRALIZED BANKRUPTCY
PO BOX 790040
Number    Street
ST LOUIS, MO 63179-0000
City    State    ZIP Code

Last 4 digits of account number  2  5  4  6    **$2,844.00**
When was the debt incurred?  **Opened 04/23 Last Active 6/07/23**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Credit Card

---

Debtor 1  **Nicole** **Ellis**  Case number *(if known)* **23-11995**
          First Name    Middle Name   Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

### 4.3 COMENITY BANK/VICTORIA SECRET
Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**PO BOX 182125**
Number         Street
**COLUMBUS, OH 43218-0000**
City            State         ZIP Code

**Last 4 digits of account number** 1 5 4 1    $0.00
**When was the debt incurred?**  **Opened 02/08 Last Active 02/10**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
❏ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❏ Yes

**Remarks:** Notice Only

### 4.4 COMENITY CAPITAL/DAVIDS BRIDAL
Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**PO BOX 182125**
Number         Street
**COLUMBUS, OH 43218-0000**
City            State         ZIP Code

**Last 4 digits of account number** 2 6 0 8    $0.00
**When was the debt incurred?**  **Opened 08/16 Last Active 4/20/17**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
❏ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❏ Yes

**Remarks:** Notice Only

Debtor 1  **Nicole** **Ellis**  Case number *(if known)* **23-11995**
　　　　　First Name　　Middle Name　　Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.5**

**DISCOVER FINANCIAL**
Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**PO BOX 3025**
Number　　Street
**NEW ALBANY, OH 43054-0000**
City　　State　　ZIP Code

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❏ Yes

Last 4 digits of account number **1 9 2 2**　　$14,014.00

**When was the debt incurred?** **Opened 11/21 Last Active 06/23**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
❏ Other. Specify _____

**Remarks:** Credit Card

**4.6**

**FIRSTMARK SERVICES**
Nonpriority Creditor's Name
**ATTN: BANKRUPRCY**
**PO BOX 82522**
Number　　Street
**LINCOLN, NE 68501-0000**
City　　State　　ZIP Code

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❏ Yes

Last 4 digits of account number **9 1 2 2**　　$111,816.00

**When was the debt incurred?** **Opened 03/20 Last Active 05/23**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
❏ Other. Specify _____

**Remarks:** Educational

Debtor 1 **Nicole** **Ellis** Case number *(if known)* **23-11995**
First Name    Middle Name    Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** | **Total claim**

---

**4.7**

**GOLDMAN SACHS BANK USA**
Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**PO BOX 70379**
Number    Street
**PHILADELPHIA, PA 19176-0000**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** **2 5 0 1**    **$6,263.00**

**When was the debt incurred?** **Opened 11/21 Last Active 5/31/23**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Remarks:** Credit Card

---

**4.8**

**Jefferson Health**
Nonpriority Creditor's Name
**PO Box 785992**
Number    Street

**Philadelphia, PA 19178-5992**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __    **$3,723.42**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Remarks:** Unsecured

---

Debtor 1  **Nicole** **Ellis**  Case number *(if known)* **23-11995**
First Name  Middle Name  Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  **Total claim**

### 4.9 Jefferson Health
Nonpriority Creditor's Name

**833 Chestnut Street, Suite 115**
Number  Street

**Philadelphia, PA 19107-0000**
City  State  ZIP Code

**Last 4 digits of account number** __ __ __ __  **$3,075.24**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Unsecured

### 4.10 MACYS/FDSB
Nonpriority Creditor's Name

**ATTN: BANKRUPTCY**
**9111 DUKE BOULEVARD**
Number  Street

**MASON, OH 45040-0000**
City  State  ZIP Code

**Last 4 digits of account number** 0 3 1 5  **$0.00**

**When was the debt incurred?** **Opened 4/29/12 Last Active 8/19/19**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Notice Only

| Debtor 1 | **Nicole** | | **Ellis** | Case number *(if known)* **23-11995** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.11**

**MARCUS BY GOLDMAN SACHS**
Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**PO BOX 45400**
Number       Street
**SALT LAKE CITY, UT 84145-0000**
City        State       ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Unsecured

**Last 4 digits of account number**   **9  6  2  6**       **$19,323.00**

**When was the debt incurred?**   **Opened 11/22 Last Active 05/23**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.12**

**Prestige Financial Services, Inc.**
Nonpriority Creditor's Name
**PO Box BOX 260707**
Number       Street

**Salt Lake City, UT 84126**
City        State       ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __       **$21,000.00**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

Debtor 1    **Nicole** **Ellis**    Case number *(if known)* **23-11995**
            First Name    Middle Name    Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

| 4.13 | **Radius Global Solutions, LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 390909**
Number      Street

**Minneapolis, MN 55439-0000**
City            State        ZIP Code

**Last 4 digits of account number** __ __ __ __    **$3,075.24**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Unsecured

---

| 4.14 | **SOFI LENDING CORP** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: BANKRUPTCY**

**PO BOX 654158**
Number      Street

**DALLAS, TX 75265-0000**
City            State        ZIP Code

**Last 4 digits of account number** **2** **3** **4** **6**    **$0.00**

**When was the debt incurred?** **Opened 07/20 Last Active 1/18/21**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Notice Only

Debtor 1 **Nicole** **Ellis** Case number *(if known)* **23-11995**
First Name      Middle Name      Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

---

**4.15** **SYNCHRONY BANK/CARE CREDIT**
Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**PO BOX 965060**
Number   Street
**ORLANDO, FL 32896-0000**
City   State   ZIP Code

Last 4 digits of account number   **5  8  6  4**   **$0.00**

When was the debt incurred?   **Opened 9/16/12 Last Active 2/22/15**

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** Notice Only

---

**4.16** **SYNCHRONY BANK/CLIMATE SELECT**
Nonpriority Creditor's Name
**ATTN: BANKRUPTCY DEPT**
**PO BOX 965060**
Number   Street
**ORLANDO, FL 32896-0000**
City   State   ZIP Code

Last 4 digits of account number   **1  7  2  5**   **$0.00**

When was the debt incurred?   **Opened 08/20 Last Active 12/09/22**

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** Notice Only

---

Debtor 1   **Nicole** _____ **Ellis** _____   Case number *(if known)* **23-11995**
          First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

### 4.17 SYNCHRONY BANK/HHGREGG
Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**PO BOX 965060**
Number     Street
**ORLANDO, FL 32896-0000**
City      State      ZIP Code

Last 4 digits of account number  **7 5 8 2**    **$0.00**

When was the debt incurred?  **Opened 5/17/12 Last Active 5/23/16**

As of the date you file, the claim is: Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
❏ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❏ Yes

**Remarks:** Notice Only

### 4.18 SYNCHRONY BANK/TJX
Nonpriority Creditor's Name
**ATTN: BANKRUPTCY DEPT**
**PO BOX 965060**
Number     Street
**ORLANDO, FL 32896-0000**
City      State      ZIP Code

Last 4 digits of account number  **0 0 0 4**    **$0.00**

When was the debt incurred?  **Opened 4/16/18 Last Active 9/12/18**

As of the date you file, the claim is: Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
❏ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❏ Yes

**Remarks:** Notice Only

| Debtor 1 | **Nicole** | | **Ellis** | Case number *(if known)* **23-11995** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.19** **TRUIST BANK**
Nonpriority Creditor's Name
**MAIL CODE VA-RVW-6290 ATTN: BANKRUPTCY**
**POB 85092**
Number         Street
**RICHMOND, VA 23286-0000**
City          State          ZIP Code

**Last 4 digits of account number**   **3  4  2  2**          **$27,474.00**
**When was the debt incurred?**   **Opened 08/21 Last Active 05/23**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** Unsecured

---

**4.20** **UPGRADE, INC.**
Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**275 BATTERY STREET 23RD FLOOR**
Number         Street
**SAN FRANCISCO, CA 94111-0000**
City          State          ZIP Code

**Last 4 digits of account number**   **8  6  8  0**          **$14,057.00**
**When was the debt incurred?**   **Opened 02/22 Last Active 5/05/23**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** Unsecured

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page **12** of **18**

| Debtor 1 | **Nicole** | | **Ellis** | Case number *(if known)* **23-11995** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                                                     **Total claim**

---

**4.21**  **UPSTART**
Nonpriority Creditor's Name
**UPSTART OPERATIONS/ ATTN:BANKRUPTCY**
**PO BOX 1503**
Number            Street
**SAN CARLOS, CA 94070-0000**
City            State            ZIP Code

**Last 4 digits of account number**    **2  8  2  8**        **$0.00**

**When was the debt incurred?**    **Opened 09/15 Last Active 05/16**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** Notice Only

---

**4.22**  **WELLS FARGO BANK NA**
Nonpriority Creditor's Name
**3RD FLOOR**
**1 HOME CAMPUS MAC X2303-01A**
Number            Street
**DES MOINES, IA 50328-0000**
City            State            ZIP Code

**Last 4 digits of account number**    **2  6  8  8**        **$0.00**

**When was the debt incurred?**    **Opened 3/08/11 Last Active 6/21/18**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** Notice Only

---

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page **13** of **18**

Debtor 1  **Nicole**     **Ellis**     Case number *(if known)* **23-11995**

First Name     Middle Name     Last Name

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**1.** **Internal Revenue Service**
Name
**600 Arch Street**
Number    Street

**Philadelphia, PA 19106-0000**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.3** of *(Check one):*
☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**2.** **CHASE CARD SERVICES**
Name
**PO BOX 15369**
Number    Street

**WILMINGTON, DE 19850-0000**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**3.** **CITIBANK**
Name
**PO BOX 6217**
Number    Street

**SIOUX FALLS, SD 57117-0000**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**4.** **COMENITY BANK/VICTORIA SECRET**
Name
**PO BOX 182789**
Number    Street

**COLUMBUS, OH 43218-0000**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**5.** **COMENITY CAPITAL/DAVIDS BRIDAL**
Name
**PO BOX 182120**
Number    Street

**COLUMBUS, OH 43218-0000**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**6.** **DISCOVER FINANCIAL**
Name
**PO BOX 30939**
Number    Street

**SALT LAKE CITY, UT 84130-0000**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1  **Nicole** **Ellis**    Case number *(if known)* **23-11995**
           First Name  Middle Name  Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |

**7.** **FIRSTMARK SERVICES**
Name
**121 SOUTH 13TH STREET**
Number    Street

**LINCOLN, NE 68508-0000**
City           State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**8.** **GOLDMAN SACHS BANK USA**
Name
**LOCKBOX 6112**
Number    Street

**PHILADELPHIA, PA 19170-0000**
City           State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**9.** **Radius Global Solutions, LLC**
Name
**P.O. Box 390909**
Number    Street

**Minneapolis, MN 55439-0000**
City           State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**10.** **MACYS/FDSB**
Name
**PO BOX 6789**
Number    Street

**SIOUX FALLS, SD 57117-0000**
City           State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**11.** **MARCUS BY GOLDMAN SACHS**
Name
**PO BOX 45400**
Number    Street

**SALT LAKE CITY, UT 84145-0000**
City           State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**12.** **SOFI LENDING CORP**
Name
**ONE LETTERMAN DRIVE**
Number    Street

**SAN FRANCISCO, CA 94129-0000**
City           State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1  **Nicole** **Ellis**  Case number *(if known)* **23-11995**
 First Name  Middle Name  Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |

**13.**
Name: **SYNCHRONY BANK/CARE CREDIT**
Number Street: **PO BOX 71757**
City State ZIP Code: **PHILADELPHIA, PA 19176-0000**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**14.**
Name: **SYNCHRONY BANK/CLIMATE SELECT**
Number Street: **PO BOX 71757**
City State ZIP Code: **PHILADELPHIA, PA 19176-0000**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**15.**
Name: **SYNCHRONY BANK/HHGREGG**
Number Street: **PO BOX 71757**
City State ZIP Code: **PHILADELPHIA, PA 19176-0000**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**16.**
Name: **SYNCHRONY BANK/TJX**
Number Street: **PO BOX 71737**
City State ZIP Code: **PHILADELPHIA, PA 19176-0000**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**17.**
Name: **TRUIST BANK**
Number Street: **1797 NE EXPRESSWAY**
City State ZIP Code: **ATLANTA, GA 30329-0000**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**18.**
Name: **UPGRADE, INC.**
Number Street: **2 NORTH CENTRAL AVE, 10TH FLR**
City State ZIP Code: **PHOENIX, AZ 85004-0000**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1    **Nicole**            **Ellis**            Case number *(if known)* **23-11995**
      First Name    Middle Name    Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---|---|

**19.** **UPSTART**
Name
**2 CIRCLE STAR WAY**
Number    Street

**SAN CARLOS, CA 94070-0000**
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.21** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**20.** **WELLS FARGO BANK NA**
Name
**PO BOX 14517**
Number    Street

**DES MOINES, IA 50306-0000**
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.22** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1  **Nicole**     **Ellis**     Case number *(if known)* **23-11995**
     First Name    Middle Name    Last Name

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $51,845.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6e. $51,845.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $244,744.90 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. $244,744.90 |