United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11995-djb |
| Nicole Ellis | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 12, 2025 | Form ID: 309A | Total Noticed: 61 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole Ellis, 355 E. Meehan Avenue, Philadelphia, PA 19119-1935 |
| 14796680 | + | TRUIST BANK, 1797 NE EXPRESSWAY, ATLANTA, GA 30329-7803 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bestcasestephen@gmail.com | Nov 13 2025 04:32:00 | STEPHEN MATTHEW DUNNE, Dunne Law Offices, P.C., 1515 Market Street, Suite 1200, Philadelphia, PA 19102, U.S.A. |
| tr | + | EDI: QLEFELDMAN.COM | Nov 13 2025 09:26:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Nov 13 2025 04:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 13 2025 04:32:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14796645 | + | EDI: JPMORGANCHASE | Nov 13 2025 09:26:00 | CHASE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 901076, FORT WORTH, TX 76101-2076 |
| 14796646 | + | EDI: JPMORGANCHASE | Nov 13 2025 09:26:00 | CHASE AUTO FINANCE, 700 KANSAS LANE, MONROE, LA 71203-4774 |
| 14796648 | + | EDI: JPMORGANCHASE | Nov 13 2025 09:26:00 | CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 14796647 | + | EDI: JPMORGANCHASE | Nov 13 2025 09:26:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850-5298 |
| 14796650 | + | EDI: CITICORP | Nov 13 2025 09:26:00 | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14796649 | + | EDI: CITICORP | Nov 13 2025 09:26:00 | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 14800258 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 13 2025 04:32:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14825461 | | Email/Text: megan.harper@phila.gov | Nov 13 2025 04:32:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14796652 | + | EDI: WFNNB.COM | | |

Case 23-11995-djb  Doc 81  Filed 11/14/25  Entered 11/15/25 00:49:52  Desc Imaged
Certificate of Notice  Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 12, 2025 | Form ID: 309A | Total Noticed: 61 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14796651 | + | EDI: WFNNB.COM | Nov 13 2025 09:26:00 | COMENITY BANK/VICTORIA SECRET, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14796653 | + | EDI: WFNNB.COM | Nov 13 2025 09:26:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14796654 | + | EDI: WFNNB.COM | Nov 13 2025 09:26:00 | COMENITY CAPITAL/DAVIDS BRIDAL, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14796656 | + | EDI: DISCOVER | Nov 13 2025 09:26:00 | COMENITY CAPITAL/DAVIDS BRIDAL, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 14796655 | + | EDI: DISCOVER | Nov 13 2025 09:26:00 | DISCOVER FINANCIAL, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 14796663 | | EDI: CITICORP | Nov 13 2025 09:26:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 14800739 | | EDI: DISCOVER | Nov 13 2025 09:26:00 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 14796658 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Nov 13 2025 09:26:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14796657 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Nov 13 2025 04:32:00 | FIRSTMARK SERVICES, 121 SOUTH 13TH STREET, LINCOLN, NE 68508 |
| 14796659 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 13 2025 04:32:00 | FIRSTMARK SERVICES, ATTN: BANKRUPRCY, PO BOX 82522, LINCOLN, NE 68501 |
| 14796660 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 13 2025 04:32:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, PO BOX 70379, PHILADELPHIA, PA 19176-0379 |
| 14806560 | + | EDI: AIS.COM | Nov 13 2025 04:32:00 | GOLDMAN SACHS BANK USA, LOCKBOX 6112, PHILADELPHIA, PA 19170-0001 |
| 14810548 | + | Email/Text: bankruptcy@greenskycredit.com | Nov 13 2025 09:26:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14796662 | | EDI: IRS.COM | Nov 13 2025 04:32:00 | Greensky, LLC, 3155 Royal Dr., Ste. 175, Alpharetta, GA 30022-2479 |
| 14802618 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 13 2025 09:26:00 | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14802387 | | EDI: JPMORGANCHASE | Nov 13 2025 04:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14797894 | ^ | MEBN | Nov 13 2025 09:26:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14813625 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 04:22:32 | Jefferson Health, 833 Chestnut Street, Suite 115, Philadelphia, PA 19107-4401 |
| 14796664 | + | EDI: CITICORP | Nov 13 2025 04:40:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14796666 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 13 2025 09:26:00 | MACYS/FDSB, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 14796665 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 13 2025 04:32:00 | MARCUS BY GOLDMAN SACHS, PO BOX 45400, SALT LAKE CITY, UT 84145-0400 |
| 14797465 | | EDI: PENNDEPTREV | Nov 13 2025 04:32:00 | MARCUS BY GOLDMAN SACHS, ATTN: BANKRUPTCY, PO BOX 45400, SALT LAKE CITY, UT 84145-0400 |

| | | | |
|---|---|---|---|
| | | Nov 13 2025 09:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14807267 | ^ MEBN | | |
| | | Nov 13 2025 04:22:25 | Philadelphia Gas Works, 800 W. Montgomery Ave, 3F, Philadelphia, PA 19122-2898 |
| 14796667 | ^ MEBN | | |
| | | Nov 13 2025 04:22:22 | ROUNDPOINT MORTGAGE SERVICING CORPORATIO, ATTN: BANKRUPTCY, PO BOX 19409, CHARLOTTE, NC 28219-9409 |
| 14796668 | + Email/Text: bankruptcy@roundpointmortgage.com | | |
| | | Nov 13 2025 04:32:00 | ROUNDPOINT MORTGAGE SERVICING CORPORATIO, 446 WRENPLACE ROAD, FORT MILL, SC 29715-0200 |
| 14812345 | Email/Text: bankruptcy@roundpointmortgage.com | | |
| | | Nov 13 2025 04:32:00 | RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14796669 | + Email/PDF: SoFiBKNotifications@resurgent.com | | |
| | | Nov 13 2025 04:40:15 | SOFI LENDING CORP, ATTN: BANKRUPTCY, PO BOX 654158, DALLAS, TX 75265-4158 |
| 14796670 | + Email/PDF: SoFiBKNotifications@resurgent.com | | |
| | | Nov 13 2025 04:40:00 | SOFI LENDING CORP, ONE LETTERMAN DRIVE, SAN FRANCISCO, CA 94129-1494 |
| 14796671 | + EDI: SYNC | | |
| | | Nov 13 2025 09:26:00 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14796672 | + EDI: SYNC | | |
| | | Nov 13 2025 09:26:00 | SYNCHRONY BANK/CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14796673 | + EDI: SYNC | | |
| | | Nov 13 2025 09:26:00 | SYNCHRONY BANK/CLIMATE SELECT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14796674 | + EDI: SYNC | | |
| | | Nov 13 2025 09:26:00 | SYNCHRONY BANK/CLIMATE SELECT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14796675 | + EDI: SYNC | | |
| | | Nov 13 2025 09:26:00 | SYNCHRONY BANK/HHGREGG, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14796676 | + EDI: SYNC | | |
| | | Nov 13 2025 09:26:00 | SYNCHRONY BANK/HHGREGG, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14796678 | + EDI: SYNC | | |
| | | Nov 13 2025 09:26:00 | SYNCHRONY BANK/TJX, PO BOX 71737, PHILADELPHIA, PA 19176-1737 |
| 14796677 | + EDI: SYNC | | |
| | | Nov 13 2025 09:26:00 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14944193 | ^ MEBN | | |
| | | Nov 13 2025 04:22:33 | TH MSR Holdings LLC, c/o RoundPoint Mortgage Servicing, LLC, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 14796679 | + Email/Text: bankruptcy@bbandt.com | | |
| | | Nov 13 2025 04:32:00 | TRUIST BANK, ATTN: BANKRUPTCY, MAIL CODE VA-RVW-6290 POB 85092, RICHMOND, VA 23286-0001 |
| 14796682 | Email/Text: bknotice@upgrade.com | | |
| | | Nov 13 2025 04:32:00 | UPGRADE, INC., 2 NORTH CENTRAL AVE, 10TH FLR, PHOENIX, AZ 85004 |
| 14796681 | Email/Text: bknotice@upgrade.com | | |
| | | Nov 13 2025 04:32:00 | UPGRADE, INC., ATTN: BANKRUPTCY, 275 BATTERY STREET 23RD FLOOR, SAN FRANCISCO, CA 94111 |
| 14796684 | + Email/Text: UpStart@ebn.phinsolutions.com | | |
| | | Nov 13 2025 04:32:00 | UPSTART, 2 CIRCLE STAR WAY, SAN CARLOS, CA 94070-6200 |
| 14796683 | + Email/Text: UpStart@ebn.phinsolutions.com | | |
| | | Nov 13 2025 04:32:00 | UPSTART, UPSTART OPERATIONS/ ATTN:BANKRUPTCY, PO BOX 1503, SAN CARLOS, CA 94070-7503 |
| 15026694 | + EDI: AIS.COM | | |
| | | Nov 13 2025 09:26:00 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 12, 2025 | Form ID: 309A | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| 14812480 | + EDI: AIS.COM | Nov 13 2025 09:26:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 | |
| 14796686 | + EDI: WFHOME | Nov 13 2025 09:26:00 | WELLS FARGO BANK NA, PO BOX 14517, DES MOINES, IA 50306-3517 | |
| 14796685 | + EDI: WFHOME | Nov 13 2025 09:26:00 | WELLS FARGO BANK NA, 1 HOME CAMPUS MAC X2303-01A, 3RD FLOOR, DES MOINES, IA 50328-0001 | |

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14796661 | *+ | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14797472 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2025     Signature:     /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Nicole Ellis<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–9565 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | ____ |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed in chapter: | 13   7/6/23 |
| Case number: | 23–11995–djb | Date case converted to chapter: | 7   11/10/25 |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20
**Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.**

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Nicole Ellis | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 355 E. Meehan Avenue<br>Philadelphia, PA 19119 | |
| 4. | **Debtor's attorney**<br>Name and address | STEPHEN MATTHEW DUNNE<br>Dunne Law Offices, P.C.<br>1515 Market Street<br>Suite 1200<br>Philadelphia, PA 19102<br>U.S.A. | Contact phone 215–551–7109<br><br>Email: bestcasestephen@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | LYNN E. FELDMAN<br>Lynn E. Feldman, Trustee<br>2310 Walbert Ave<br>Ste 103<br>Allentown, PA 18104 | Contact phone 610–530–9285<br><br>Email: trustee.feldman@rcn.com |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 11/12/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 10, 2025 at 03:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 635–2246, Enter Meeting ID 338 913 1039, and Passcode 3443449121**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/9/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                 page **2**