IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: NICOLE ELLIS ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 7 |
| PRESTIGE FINANCIAL SERVICES, INC. ) | Previous Chapter 13 |
| **Moving Party** ) | |
| ) | Case No.: 23-11995 (DJB) |
| v. ) | |
| ) | |
| NICOLE ELLIS ) | |
| **Respondent(s)** ) | |
| ) | |
| LYNN E. FELDMAN ) | 11 U.S.C. 362 |
| **Trustee** ) | |

## ORDER MODIFYING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the Motion of Prestige Financial Services, Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified to permit the movant to pursue the movant's rights in the personal property described as a **2017 Chevrolet Impala** bearing vehicle identification number 2G1105S37H9136533 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **February 9, 2026**

_____
UNITED STATES BANKRUPTCY JUDGE