United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 23-11995-djb

Nicole Ellis                                                             Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole Ellis, 355 E. Meehan Avenue, Philadelphia, PA 19119-1935 |
| cr | + | Prestige Financial Services, Inc., 2860 Patton rd, Roseville, MN 55113, UNITED STATES 55113-1100 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MATTHEW K. FISSEL | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |

District/off: 0313-2                              User: admin                                    Page 2 of 2
Date Rcvd: Feb 09, 2026                          Form ID: pdf900                                 Total Noticed: 2

SHERRI J. SMITH
     on behalf of Creditor TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing  LLC ssmith@stradley.com,
amautz@pincuslaw.com

STEPHEN MATTHEW DUNNE
     on behalf of Debtor Nicole Ellis bestcasestephen@gmail.com  DunneLawOfficesPC@jubileebk.net

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
     on behalf of Creditor Prestige Financial Services  Inc. wcraig@egalawfirm.com,
mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: NICOLE ELLIS<br>   **Debtor(s)** | )<br>) |
| | ) CHAPTER 7 |
| PRESTIGE FINANCIAL SERVICES, INC.<br>   **Moving Party** | )   Previous Chapter 13<br>) |
| | ) Case No.: 23-11995 (DJB) |
|    v. | )<br>) |
| NICOLE ELLIS<br>   **Respondent(s)** | )<br>) |
| | ) |
| LYNN E. FELDMAN<br>   **Trustee** | ) 11 U.S.C. 362<br>) |
| | )<br>)<br>) |

### ORDER MODIFYING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the Motion of Prestige Financial Services, Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified to permit the movant to pursue the movant's rights in the personal property described as a **2017 Chevrolet Impala** bearing vehicle identification number 2G1105S37H9136533 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **February 9, 2026**

_____
UNITED STATES BANKRUPTCY JUDGE