United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11995-djb |
| Nicole Ellis | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 20, 2026 | Form ID: 318 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nicole Ellis, 355 E. Meehan Avenue, Philadelphia, PA 19119-1935 |
| 14796680 | + TRUIST BANK, 1797 NE EXPRESSWAY, ATLANTA, GA 30329-7803 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: QLEFELDMAN.COM | Feb 21 2026 05:28:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | Email/Text: megan.harper@phila.gov | Feb 21 2026 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14796645 | + EDI: JPMORGANCHASE | Feb 21 2026 05:28:00 | CHASE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 901076, FORT WORTH, TX 76101-2076 |
| 14796646 | + EDI: JPMORGANCHASE | Feb 21 2026 05:28:00 | CHASE AUTO FINANCE, 700 KANSAS LANE, MONROE, LA 71203-4774 |
| 14796648 | + EDI: JPMORGANCHASE | Feb 21 2026 05:28:00 | CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 14796647 | + EDI: JPMORGANCHASE | Feb 21 2026 05:28:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850-5298 |
| 14796650 | + EDI: CITICORP | Feb 21 2026 05:28:00 | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14796649 | + EDI: CITICORP | Feb 21 2026 05:28:00 | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 14800258 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 21 2026 00:30:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14825461 | Email/Text: megan.harper@phila.gov | Feb 21 2026 00:31:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14796652 | + EDI: WFNNB.COM | Feb 21 2026 05:28:00 | COMENITY BANK/VICTORIA SECRET, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14796651 | + EDI: WFNNB.COM | Feb 21 2026 05:28:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14796653 | + EDI: WFNNB.COM | Feb 21 2026 05:28:00 | COMENITY CAPITAL/DAVIDS BRIDAL, ATTN: BANKRUPTCY, PO BOX 182125, |

District/off: 0313-2      User: admin      Page 2 of 4

Date Rcvd: Feb 20, 2026      Form ID: 318      Total Noticed: 59

| ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | COLUMBUS, OH 43218-2125 |
| 14796654 | + | EDI: WFNNB.COM | Feb 21 2026 05:28:00 | COMENITY CAPITAL/DAVIDS BRIDAL, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 14796656 | + | EDI: DISCOVER | Feb 21 2026 05:28:00 | DISCOVER FINANCIAL, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 14796655 | + | EDI: DISCOVER | Feb 21 2026 05:28:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 14796663 | | EDI: CITICORP | Feb 21 2026 05:28:00 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 14800739 | | EDI: DISCOVER | Feb 21 2026 05:28:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14796658 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Feb 21 2026 00:30:00 | FIRSTMARK SERVICES, 121 SOUTH 13TH STREET, LINCOLN, NE 68508 |
| 14796657 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Feb 21 2026 00:30:00 | FIRSTMARK SERVICES, ATTN: BANKRUPRCY, PO BOX 82522, LINCOLN, NE 68501 |
| 14796659 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 21 2026 00:31:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, PO BOX 70379, PHILADELPHIA, PA 19176-0379 |
| 14796660 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 21 2026 00:31:00 | GOLDMAN SACHS BANK USA, LOCKBOX 6112, PHILADELPHIA, PA 19170-0001 |
| 14806560 | + | EDI: AIS.COM | Feb 21 2026 05:28:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14810548 | + | Email/Text: bankruptcy@greenskycredit.com | Feb 21 2026 00:31:00 | Greensky, LLC, 3155 Royal Dr., Ste. 175, Alpharetta, GA 30022-2479 |
| 14796662 | | EDI: IRS.COM | Feb 21 2026 05:28:00 | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14802618 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 21 2026 00:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14802387 | | EDI: JPMORGANCHASE | Feb 21 2026 05:28:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14797894 | ^ | MEBN | Feb 21 2026 00:29:05 | Jefferson Health, 833 Chestnut Street, Suite 115, Philadelphia, PA 19107-4401 |
| 14813625 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2026 00:42:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14796664 | + | EDI: CITICORP | Feb 21 2026 05:28:00 | MACYS/FDSB, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 14796666 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 21 2026 00:31:00 | MARCUS BY GOLDMAN SACHS, PO BOX 45400, SALT LAKE CITY, UT 84145-0400 |
| 14796665 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 21 2026 00:31:00 | MARCUS BY GOLDMAN SACHS, ATTN: BANKRUPTCY, PO BOX 45400, SALT LAKE CITY, UT 84145-0400 |
| 14797465 | | EDI: PENNDEPTREV | Feb 21 2026 05:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14807267 | ^ | MEBN | Feb 21 2026 00:28:55 | Philadelphia Gas Works, 800 W. Montgomery Ave, 3F, Philadelphia, PA 19122-2898 |
| 14796667 | ^ | MEBN | Feb 21 2026 00:28:47 | ROUNDPOINT MORTGAGE SERVICING CORPORATIO, ATTN: BANKRUPTCY, PO |

District/off: 0313-2   User: admin   Page 3 of 4

Date Rcvd: Feb 20, 2026   Form ID: 318   Total Noticed: 59

| | | | |
|---|---|---|---|
| | | | BOX 19409, CHARLOTTE, NC 28219-9409 |
| 14796668 | + Email/Text: bankruptcy@roundpointmortgage.com | Feb 21 2026 00:30:00 | ROUNDPOINT MORTGAGE SERVICING CORPORATIO, 446 WRENPLACE ROAD, FORT MILL, SC 29715-0200 |
| 14812345 | Email/Text: bankruptcy@roundpointmortgage.com | Feb 21 2026 00:30:00 | RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14796669 | + Email/PDF: SoFiBKNotifications@resurgent.com | Feb 21 2026 00:42:24 | SOFI LENDING CORP, ATTN: BANKRUPTCY, PO BOX 654158, DALLAS, TX 75265-4158 |
| 14796670 | + Email/PDF: SoFiBKNotifications@resurgent.com | Feb 21 2026 00:42:24 | SOFI LENDING CORP, ONE LETTERMAN DRIVE, SAN FRANCISCO, CA 94129-1494 |
| 14796671 | + EDI: SYNC | Feb 21 2026 05:28:00 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14796672 | + EDI: SYNC | Feb 21 2026 05:28:00 | SYNCHRONY BANK/CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14796673 | + EDI: SYNC | Feb 21 2026 05:28:00 | SYNCHRONY BANK/CLIMATE SELECT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14796674 | + EDI: SYNC | Feb 21 2026 05:28:00 | SYNCHRONY BANK/CLIMATE SELECT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14796675 | + EDI: SYNC | Feb 21 2026 05:28:00 | SYNCHRONY BANK/HHGREGG, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14796676 | + EDI: SYNC | Feb 21 2026 05:28:00 | SYNCHRONY BANK/HHGREGG, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14796678 | + EDI: SYNC | Feb 21 2026 05:28:00 | SYNCHRONY BANK/TJX, PO BOX 71737, PHILADELPHIA, PA 19176-1737 |
| 14796677 | + EDI: SYNC | Feb 21 2026 05:28:00 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14944193 | ^ MEBN | Feb 21 2026 00:29:08 | TH MSR Holdings LLC, c/o RoundPoint Mortgage Servicing, LLC, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 14796679 | + Email/Text: bankruptcy@bbandt.com | Feb 21 2026 00:31:00 | TRUIST BANK, ATTN: BANKRUPTCY, MAIL CODE VA-RVW-6290 POB 85092, RICHMOND, VA 23286-0001 |
| 14796682 | Email/Text: bknotice@upgrade.com | Feb 21 2026 00:30:00 | UPGRADE, INC., 2 NORTH CENTRAL AVE, 10TH FLR, PHOENIX, AZ 85004 |
| 14796681 | Email/Text: bknotice@upgrade.com | Feb 21 2026 00:30:00 | UPGRADE, INC., ATTN: BANKRUPTCY, 275 BATTERY STREET 23RD FLOOR, SAN FRANCISCO, CA 94111 |
| 14796684 | + Email/Text: UpStart@ebn.phinsolutions.com | Feb 21 2026 00:31:00 | UPSTART, 2 CIRCLE STAR WAY, SAN CARLOS, CA 94070-6200 |
| 14796683 | + Email/Text: UpStart@ebn.phinsolutions.com | Feb 21 2026 00:31:00 | UPSTART, UPSTART OPERATIONS/ ATTN:BANKRUPTCY, PO BOX 1503, SAN CARLOS, CA 94070-7503 |
| 15026694 | + EDI: AIS.COM | Feb 21 2026 05:28:00 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14812480 | + EDI: AIS.COM | Feb 21 2026 05:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14796686 | + EDI: WFHOME | Feb 21 2026 05:28:00 | WELLS FARGO BANK NA, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 14796685 | + EDI: WFHOME | Feb 21 2026 05:28:00 | WELLS FARGO BANK NA, 1 HOME CAMPUS |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 20, 2026 | Form ID: 318 | Total Noticed: 59 |

MAC X2303-01A, 3RD FLOOR, DES MOINES, IA 50328-0001

TOTAL: 57

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14796661 | *+ | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14797472 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MATTHEW K. FISSEL | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| SHERRI J. SMITH | on behalf of Creditor TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing  LLC ssmith@stradley.com, amautz@pincuslaw.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Nicole Ellis bestcasestephen@gmail.com  DunneLawOfficesPC@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Prestige Financial Services  Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Nicole Ellis | Social Security number or ITIN   xxx–xx–9565 |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   23–11995–djb

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nicole Ellis

2/20/26

**By the court:**   Derek J Baker
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318     **Order of Discharge**     page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318      **Order of Discharge**      page 2